Patricia BARNES, Plaintiff–Appellant,

v.

CAROLINAS MEDICAL CENTER; James Gregory; Enzo Hooper; Phoebia Moyer, Defendants–Appellees.

No. 03–1584.

United States Court of Appeals,
Fourth Circuit.

Submitted July 24, 2003.

Decided July 29, 2003.

Patricia Barnes, Appellant Pro Se. Robert Blakeney Meyer, Kimberly Quade Cacheris, McGuirewoods, L.L.P., Charlotte, North Carolina, for Appellees.

Before MICHAEL and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

PER CURIAM.

Patricia Barnes appeals the district court's order dismissing her action alleging employment discrimination. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Barnes v. Carolinas Med. Ctr.*, No. CA–02–486–3–V (W.D.N.C. Apr. 8, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*